UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS,

    Plaintiff,                                Case No. 1:13-cv-543

v.                                            HON. JANET T. NEFF

CATHY STODDARD, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (Dkt 59). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 12, 2014 recommending that this Court deny the motion and dismiss Plaintiff's claims against two unidentified defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 77) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt 59) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Unknown Party #1 and Unknown Party #2 are DISMISSED WITHOUT PREJUDICE for failure to timely effect service.

Dated: September 8, 2014                       /s/Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge