UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS,

        Plaintiff,                     Case No. 1:13-cv-543

v.                                      HON. JANET T. NEFF

CATHY STODDARD, et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion to Order Access to Law Library (Dkt 64), Motion for Preliminary Injunction (Dkt 69) and Motion for Order to Show Cause (Dkt 70). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on September 30, 2014, recommending that this Court deny Plaintiff's motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 95) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Order Access to Law Library (Dkt 64), Motion for Preliminary Injunction (Dkt 69) and Motion for Order to Show Cause (Dkt 70) are DENIED for the reasons stated in the Report and Recommendation.

Dated: October 24, 2014                          /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                   United States District Judge