UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE HARRIS,

       Plaintiff,                         Case No. 1:13-cv-543

v.                                          HON. JANET T. NEFF

CATHY STODDARD, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed Urgent Motions (Dkts 100, 102). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on August 19, 2015 (Dkt 131), recommending that this Court deny Plaintiff's motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 131) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Urgent Motions (Dkts 100, 102) are DENIED.

Dated: September 23, 2015                          /s/Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge