UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS,

    Plaintiff,                 Case No. 1:13-cv-543

v.                                 HON. JANET T. NEFF

UNKNOWN BALL, et al.,

    Defendants.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Preliminary Injunction (Dkt 152). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 19, 2015 recommending that Plaintiff's motion be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 154) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt 152) is DENIED.


Dated: December 14, 2015                  /s/Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge